Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                                             Case No.: 16–14774–JNP
                                             Chapter: 13
                                             Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Rose Ann Bolton
   39 Old Orchard Dr.
   Sicklerville, NJ 08081

Social Security No.:
   xxx–xx–0139

Employer's Tax I.D. No.:

## NOTICE OF HEARING

     NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:                December 10, 2019
Time:               10:00 AM
Location:       4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*38* – Certification in Opposition to (related document:37 Creditor's Certification of Default (related document:19 Motion for Relief from Stay re: 39 Orchard Drive, Winslow, NJ 08081. Fee Amount $ 181. filed by Creditor BANK OF AMERICA, N.A., 23 Order on Motion For Relief From Stay) filed by Douglas J. McDonough on behalf of BANK OF AMERICA, N.A.. Objection deadline is 11/21/2019. (Attachments: # 1 Exhibit Agreed Order # 2 Exhibit Certification Re Post Petition History # 3 Certificate of Service) filed by Creditor BANK OF AMERICA, N.A.) filed by Andrew B. Finberg on behalf of Rose Ann Bolton. (Finberg, Andrew)

and transact such other business as may properly come before the meeting.


Dated: November 19, 2019
JAN: jpl

                                                                                                      Jeanne Naughton
                                                                                                       Clerk