Form 173 – hrggeneral

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.:  16−14774−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Rose Ann Bolton
   39 Old Orchard Dr.
   Sicklerville, NJ 08081

Social Security No.:
   xxx−xx−0139

Employer's Tax I.D. No.:

---

**NOTICE OF HEARING**

   NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:                December 10, 2019
Time:                   10:00 AM
Location:        4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*38* − Certification in Opposition to (related document:37 Creditor's Certification of Default (related document:19 Motion for Relief from Stay re: 39 Orchard Drive, Winslow, NJ 08081. Fee Amount $ 181. filed by Creditor BANK OF AMERICA, N.A., 23 Order on Motion For Relief From Stay) filed by Douglas J. McDonough on behalf of BANK OF AMERICA, N.A.. Objection deadline is 11/21/2019. (Attachments: # 1 Exhibit Agreed Order # 2 Exhibit Certification Re Post Petition History # 3 Certificate of Service) filed by Creditor BANK OF AMERICA, N.A.) filed by Andrew B. Finberg on behalf of Rose Ann Bolton. (Finberg, Andrew)

and transact such other business as may properly come before the meeting.


Dated: November 19, 2019
JAN: jpl

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Rose Ann Bolton  
    Debtor

Case No. 16-14774-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Nov 19, 2019  
                      Form ID: 173    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 21, 2019.  
db          +Rose Ann Bolton,   39 Old Orchard Dr.,   Sicklerville, NJ 08081-3057

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                 TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2019                                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 19, 2019 at the address(es) listed below:

          Andrew B. Finberg    on behalf of Debtor Rose Ann Bolton andy@sjbankruptcylaw.com, abfecf@gmail.com;finbergar39848@notify.bestcase.com  
          Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
          Douglas J. McDonough    on behalf of Creditor    BANK OF AMERICA, N.A. DMcDonough@flwlaw.com  
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
          Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
          Kevin Gordon McDonald    on behalf of Creditor    Toyota Lease Trust kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
          Sean M. O'Brien    on behalf of Creditor    BANK OF AMERICA, N.A. DMcDonough@flwlaw.com  
                                                                                                                                        TOTAL: 7